UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD W. LAND,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:08-cv-885

HONORABLE PAUL L. MALONEY

## JUDGMENT

Having issued an order adopting a report and recommendation and affirming the Commissioner's denial of disability benefits, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of defendant and against plaintiff.

Date: February 18, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge